# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: June 29, 2016                                    Judge: Hon. James Donato

Time: 7 Minutes

Case No.      **C-15-00084-JD**
Case Name     **In re InvenSense, Inc. Securities Litigation**

Attorney(s) for Plaintiff(s):   Ivy T. Ngo/Shawn Williams
Attorney(s) for Defendant(s):   David Furbush/James Lindfelt

Deputy Clerk: Lisa R. Clark                            Court Reporter: Rhonda Aquillina

## PROCEEDINGS

Motion to Dismiss First Amended Complaint - Held

## RESULT OF HEARING

The Court hears argument on defendants' motion to dismiss. Dkt. No. 80. The Court takes the motion under submission and will issue a written decision.