United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE INVENSENSE, INC. SECURITIES LITIGATION.

Case No. 15-cv-00084-JD

**JUDGMENT**

On April 12, 2017, the Court issued an order granting defendants' motion to dismiss plaintiff's first amended complaint with prejudice. Dkt. No. 101. Pursuant to Federal Rule of Civil Procedure 58, judgment is consequently entered for defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: April 13, 2017

Susan Y. Soong
Clerk, United States District Court

Lisa R. Clark
Deputy Clerk to the Honorable James Donato